**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THE PROFESSIONAL STAFF CONGRESS/
CUNY,

                    Plaintiff,

    -against-

FELIX V. MATOS RODRIGUEZ, Chancellor of
the City University of New York, in his official
Capacity; and THE CITY UNIVERSITY OF
NEW YORK,

                    Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/2020

20 **CIVIL** 5060

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 9, 2020, CUNY's motions to dismiss with prejudice is granted and judgment is entered in favor of defendants.

**Dated:** New York, New York

       November 9, 2020

                                                          RUBY J. KRAJICK

                                                            Clerk of Court

                                  BY:

                                                               **Deputy Clerk**